THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. KEHOE

Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.